NORA E. EGAN, Respondent, v. VILLAGE OF EASTWOOD, Appellant.— Judgment

and order affirmed, with costs. All concur, except Hubbs, P. J., and Crouch, J., who vote for reversal on the authority of *Hatch* v. *City of Elmira* (142 App. Div. 174); *Mitchell* v. *Village of Dannemora* (178 id. 239); *Gaffney* v. *City of New York* (218 N. Y. 225).